# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE LATHAN COMPANY

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT,
AND JOHN WHITE IN HIS
OFFICIAL CAPACITY AS THE
STATE OF LOUISIANA
SUPERINTENDENT OF EDUCATION

CONSOLIDATED WITH

GUARANTEE COMPANY OF NORTH
AMERICA

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT

NO.  2026 CW 0545

**JUNE 17, 2026**

---

In Re:   The Lathan Company, Inc., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 612067 c/w 635780.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              EW
                              CHH

   **Balfour, J.,** dissents and would grant the writ. The underlying question in any unfair trade practices case is whether the defendant's acts and conduct were reasonable. **Balthazar v. Hensley R. Lee Contracting, Inc.,** 2016-0920 (La. App 4th Cir. 3/15/17), 214 So.3d 1032, 1043, writ denied, 2017-0777 (La. 9/22/17), 228 So.3d 741. Issues that require the determination of reasonableness of acts and conduct of parties under all facts and circumstances of the case cannot ordinarily be disposed of by summary judgment. **Greater Lafourche Port Comm'n v. James Const. Grp., L.L.C.,** 2011-1548 (La. App. 1st Cir. 9/21/12), 104 So.3d 84, 88. In the instant case, I find that a jury is the proper party to measure the reasonableness of the defendant's acts and conduct under the Louisiana Unfair Trade Practices Act.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT